(Rev 3/88)

# UNITED STATES DISTRICT COURT
## For The
## WESTERN DISTRICT OF PENNSYLVANIA

U.S.A. vs. Louis Joseph                                      Docket No. 03-00070-001

### Petition on Supervised Release

COMES NOW Theodore W. Johnson, CHIEF U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Louis Joseph, who was placed on supervision by the Honorable Gary L. Lancaster, sitting in the Court at Pittsburgh, Pennsylvania, on the 16th day of May 2003, who fixed the period of supervision at three years and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- The defendant shall pay a $100 special assessment.
- The defendant shall pay restitution to Defense Supply Center in the amount of $106,982.67, at a rate of not less than 10 percent of his gross monthly income.
- The defendant shall provide the probation officer with access to any requested financial information.
- The defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer, unless in compliance with the payment schedule.
- The defendant shall comply with the conditions of home confinement for 5 months.

05-16-03:   False and Fraudulent Claims; 5 months' imprisonment, followed by 3 years' supervised release.
11-24-03:   Supervision commenced; Currently supervised by U.S. Probation Officer Romona Clark.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

Your Petitioner reports that the defendant has paid a total of $5,525 towards restitution. The current balance is $101,457.67. The defendant understands that payments must continue as specified at CV04-01827-GLL. In light of the upcoming maximum case expiration date of November 23, 2006, it appears appropriate to permit the case to close with an outstanding balance.

PRAYING THAT THE COURT WILL ORDER that the term of supervised release imposed at Criminal No. 03-00070-001 be allowed to expire as scheduled with the restitution due and owing and the case be closed.

ORDER OF COURT

Considered and ordered this 11 day of Sept, 2006. and ordered filed and made a part of the records in the above case.

Gary L. Lancaster
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   September 6, 2006

Romona Clark
U.S. Probation Officer

Paul J. Dippolito
Supervising U.S. Probation Officer

Place:   Pittsburgh, Pennsylvania